No. 89–584.  IN RE MARIK.  Petition for writ of habeas corpus denied.

No. 89–5600.  IN RE MAKER.  Petition for writ of mandamus denied.

No. 89–98.  DAVIS ET UX. *v.* UNITED STATES.  C. A. 9th Cir. Certiorari granted.

No. 89–474.  GRADY, DISTRICT ATTORNEY OF DUTCHESS COUNTY *v.* CORBIN.  Ct. App. N. Y.  Certiorari granted.

No. 89–431.  YELLOW FREIGHT SYSTEM, INC. *v.* DONNELLY. C. A. 7th Cir.  Certiorari granted limited to Question 1 presented by the petition.

No. 88–2085.  LOCAL 30, UNITED SLATE, TILE & COMPOSITION ROOFERS, DAMP & WATERPROOF WORKERS ASSN., ET AL. *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 88–7300.  CONNER *v.* DIRECTOR, DIVISION OF ADULT CORRECTIONS OF IOWA.  C. A. 8th Cir.  Certiorari denied.

No. 88–7322.  STUMPF *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 88–7477.  BENTLEY *v.* CARLSON, FORMER DIRECTOR, BUREAU OF PRISONS, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 88–7607.  JOHNSON *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 88–7611.  JOHNSTON *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 89–34.  BARRIOS-MORIERA *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 89–47.  COLEMAN ET AL. *v.* YEUTTER, SECRETARY OF AGRICULTURE, ET AL.  C. A. 8th Cir.  Certiorari denied.